# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH JACKSON, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-782 |
| | : | |
| NORTHAMPTON COUNTY PRISON, | : | |
| *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 10th day of April, 2020, upon consideration of Plaintiff Joseph Jackson's Amended Complaint (ECF No. 8), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

2. The Clerk of Court is **DIRECTED** to close this case.

                                                **BY THE COURT:**

                                                /s/ Berle M. Schiller
                                                **BERLE M. SCHILLER, J.**